[76 NE3d 289, 53 NYS3d 878]

CLARENCE GAINES, as Executor of JANIE GAINES, Deceased, Respondent, v CITY OF NEW YORK et al., Defendants. DEPARTMENT OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Claimant-Appellant.

Decided June 1, 2017

### APPEARANCES OF COUNSEL

*Zachary W. Carter, Corporation Counsel*, New York City (*Eric Lee, Richard Dearing, Claude S. Platton* and *Michael J. Pastor* of counsel), for appellant.

*Law Offices of Stack & Associates, PLLC*, New York City (*Tamara L. Stack* of counsel), and *Finkelstein & Partners, LLP*, Newburgh (*James W. Shuttleworth, III* of counsel), for respondent.

### OPINION OF THE COURT

■■ On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question answered in the affirmative. Under the circumstances of this case, a valid supple-

mental needs trust was never effected. Claimant did not argue before Supreme Court that the trust was not a lifetime trust governed by EPTL 7-1.17 and 7-1.18. That argument is, therefore, unpreserved for our review.

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON.